Harris L. Pogust, Esquire
Pogust, Braslow & Millrood, LLC
161 Washington Street, Ste. 1520
Conshohocken, PA 19428
Telephone: 610-941-4204
Fax: 610-941-4245
Email: hpogust@pbmattorneys.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>**District Judge: Charles R. Breyer** |
| This Document Relates to: | |
| *Carolyn Brown*,<br>(Case No. 06-3667 CRB) | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS WITH PREJUDICE** |
| *Dawn Adrian*,<br>(Case No. 06-3664 CRB) | |
| *Bonnie Martindale*,<br>(Case No. 06-3666 CRB) | |

Come now all remaining Plaintiffs in these actions, including Dawn Adrian, Bonnie Martindale and Carolyn Brown and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: /2-/-, 2009   By: _____
Harris L. Pogust, Esquire
Pogust, Braslow & Millrood, LLC
161 Washington Street, Ste. 1520
Conshohocken, PA 19428

*Attorneys for Plaintiffs*

-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

| | |
|---|---|
| DATED: Dec. 14, 2009 | By: *[signature]* |
| | DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501 |
| | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: **JAN 26 2010**

*[signature]*

Hon. Charles R. Breyer
United States District Court

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699